UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Odebrecht S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12731 (MEW)<br><br>(Jointly Administered) |

### ORDER AMENDING THE CAPTION OF THE DEBTORS' CASES PURSUANT TO 11 U.S.C. §§ 105(a); FED. R. BANKR. P. 1005, 2002(m), AND 2002(n)

Upon the Petitioner's Motion for Order to Amend the Caption of the Debtors' Cases Pursuant to 11 U.S.C. §§ 105(a); Fed. R. Bankr. P. 1005, 2002(m), and 2002(n) (the "Motion"), for entry of an order (this "Order"), pursuant to sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1005, 2002(m), and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing changing the case caption in these Chapter 15 Cases, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having found and determined

---

[1] The Debtors in the above-captioned jointly administered chapter 15 cases (the "Chapter 15 Cases") and the last four identifying digits of the tax number in the jurisdiction are: Odebrecht S.A. – Em Recuperação Judicial, (Brazil – 01-72); Odebrecht Participações e Investimentos S.A. – Em Recuperação Judicial, (Brazil – 01-00); Odebrecht Finance Ltd., (Cayman – 1323); and ODB International Corporation (Nassau - 8020 B).

that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the caption for each Debtor's chapter 11 case shall be changed to reflect the name changes described in the Motion, and the jointly administered case caption for these chapter 11 cases shall hereinafter read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 15 |
|---|---|
| Novonor S.A. – Em Recuperação Judicial, *et al.*,[1] | Case No. 19-12731 (MEW) |
| Debtors in a Foreign Proceeding | (Jointly Administered) |

[1] The Debtors in the above-captioned jointly administered chapter 15 cases (the "Chapter 15 Cases") and the last four identifying digits of the tax number in the jurisdiction are: Novonor S.A. – Em Recuperação Judicial, (Brazil – 01-72); Odebrecht Participações e Investimentos S.A. – Em Recuperação Judicial, (Brazil – 01-00); Odebrecht Finance Ltd., (Cayman – 1323); and ODB International Corporation (Nassau - 8020 B).

; and it is further

ORDERED that the Clerk of the United States Bankruptcy Court for the Southern District of New York and other relevant parties are authorized and directed to take whatever actions are necessary to update the ECF filing system and their respective records to reflect the above name change, including the insertion of a docket entry in ODB's chapter 15 case as follows:

> "The caption of this case has been changed in accordance with the corporate name change of Odebrecht S.A. to Novonor S.A. – Em Recuperação Judicial"

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: March 15, 2021
      New York, New York

                                       **s/Michael E. Wiles**
                                       THE HONORABLE MICHAEL E. WILES
                                       UNITED STATES BANKRUPTCY JUDGE